**Opinion issued March 17, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00223-CV**

———————————

**IN RE JUAN M. RIVERA, ELIZABETH M. RIVERA, SAMANTHA L. MORENO, AS NEXT FRIEND OF V.R. AND J.R., MINOR CHILDREN, YURI L. MORENO, AS NEXT FRIEND OF R.R. AND N.R., MINOR CHILDREN, AND VALERIA HUERTA, AS NEXT FRIEND OF L.R., A MINOR CHILD, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relators filed a petition for writ of mandamus challenging the trial court's

March 4, 2026 order compelling production and awarding sanctions.[1] In conjunction

---

[1] The underlying case is *Juan M. Rivera, Elizabeth M. Rivera, Individually, Samantha L. Moreno, As Next Friend of V.R. and J.R., Minor Children, Yuri L. Moreno, As Next Friend of R.R. and N.R., Minor Children, and Valeria Huerta, As Next Friend of I.R., A Minor Child vs. Bam Heavy Equipment and Repair, LLC and Williams Brothers Construction Co., Inc.*, cause number 036410, pending in the 12th District Court of Grimes County, Texas, the Honorable David Moorman presiding.

with their mandamus petition, Relators filed a motion requesting a stay of the challenged order pending our Court's decision on the petition. We deny the petition and dismiss the motion to stay as moot. We deny real party in interest BAM Heavy Equipment and Repair, LLC's request for sanctions.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.